Clarence H. **HAILES,**
Plaintiff-Appellant,

v.

The EQUITABLE LIFE ASSURANCE SOCIETY OF the UNITED STATES,
Defendant-Appellee.

No. 83-3347.

United States Court of Appeals,
Fifth Circuit.

April 16, 1984.

Before GEE, POLITZ and JOHNSON, Circuit Judges.

BY THE COURT:

IT IS ORDERED that leave to appeal in forma pauperis be withdrawn. A review of the trial transcript shows that the legal points presented lack arguable merit and are therefore frivolous. *McFadden v. Lucas*, 713 F.2d 143, 145 (5th Cir.), *cert. denied*, —— U.S. ——, 104 S.Ct. 499, 78 L.Ed.2d 691 (1983); *Howard v. King*, 707 F.2d 215, 220 (5th Cir.1983). Hailes' claim of sex-based discrimination in employment of secretaries is, as the transcript shows, the product of a project to obtain a lawsuit—not a secretarial position. See *Banks v. Heun-Norwood Division of Mogul Corp.*, (E.D.Mo.1977), 428 F.Supp. 104, *aff'd*, 566 F.2d 1073 (8th Cir.1977).

IT IS FURTHER ORDERED that leave to appeal in forma pauperis be DENIED and the appeal is hereby DISMISSED as frivolous under Local Rule 42.2.